## SECURUS TECHNOLOGIES, INC., Appellant

v.

## GLOBAL TEL*LINK CORPORATION, Appellee

### 2016-1372
### 2016-1373

United States Court of Appeals, Federal Circuit.

December 8, 2016

ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellant. Also represented by DANIEL C. TUCKER.

BYRON LEROY PICKARD, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellee. Also represented by LORI A. GORDON, MICHAEL BRADLEY RAY, MICHAEL D. SPECHT.

(Dyk, Bryson, and Reyna, Circuit Judges).

## JUDGMENT

PER CURIAM

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**